UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LEON HANSON,<br><br>            Plaintiff,<br><br>    v.<br><br>GEORGE W. BUSH,<br><br>            Defendant. | 1:06-cv-1471-OWW-SMS<br><br>ORDER TO PLAINTIFF TO PAY THE $350.00 FILING FEE OR, IN THE ALTERNATIVE, TO FILE A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS NO LATER THAN TWENTY DAYS AFTER THE DATE OF SERVICE OF THIS ORDER<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF WITH THIS ORDER A BLANK IN FORMA PAUPERIS APPLICATION FOR A PLAINTIFF WHO IS OUT OF CUSTODY |

   Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   Plaintiff filed a complaint and a motion to proceed in forma pauperis on October 20, 2006. However, Plaintiff did not complete the application to proceed in forma pauperis. Plaintiff stated that he was currently employed by the San Diego Sheriff's Department but had not yet been paid. Plaintiff did not clearly

1  state the amount of his salary or wages and identify his pay
2  period. Plaintiff indicated that he had received money within the
3  past twelve months for recycling aluminum cans for food money;
4  however, Plaintiff did not state the amount of money received and
5  what he expected that he would continue to receive.
6       Title 28 U.S.C. § 1915(a)(1) provides that any court of the
7  United States may authorize the commencement, prosecution of
8  defense of any civil or criminal suit, action, proceeding, or any
9  appeal therein, without prepayment of fees or security therefor,
10 by a person who submits an affidavit that includes a statement of
11 all assets the person possesses and that the person is unable to
12 pay such fees or give security therefor. Id.; Floyd v. United
13 States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997),
14 modified on other grounds in Callihan v. Schneider, 178 F.3d 800,
15 801 (6th Cir. 1999).
16      Here, because Plaintiff did not complete his application,
17 the Court cannot determine whether Plaintiff qualifies
18 financially to proceed in forma pauperis. The Court must have all
19 the information requested in the application. Without knowing the
20 amount of Plaintiff's income per pay period and the amount of
21 Plaintiff's income from all other sources, the Court cannot
22 determine whether to grant or to deny the application.
23      Until a completed application is filed and granted, the
24 Court will not proceed to screen the complaint and issue an order
25 directing service.
26      The Court will give Plaintiff an opportunity either to pay
27 the $350.00 filing fee, or to submit a new application that is
28 complete and that gives the Court all the required information.

1    Accordingly, it IS ORDERED that no later than twenty days
2 after the date of service of this order Plaintiff SUBMIT a
3 completed application to proceed in forma pauperis OR PAY the
4 $350.00 filing fee; and the Clerk IS DIRECTED to send to
5 Plaintiff with this order a blank application to proceed in forma
6 pauperis for a person not in custody.
7    Plaintiff IS INFORMED that a failure to comply with this
8 order will result in a recommendation that this action be
9 dismissed.

11 IT IS SO ORDERED.

12 **Dated:    October 31, 2006               /s/ Sandra M. Snyder**
   icido3                                UNITED STATES MAGISTRATE JUDGE