UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LEON HANSON,<br><br>        Plaintiff,<br><br>  v.<br><br>GEORGE W. BUSH,<br><br>        Defendant. | 1:06-cv-1471-OWW-SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE ORDER OF THE COURT TO PAY THE $350.00 FILING FEE OR, IN THE ALTERNATIVE, TO FILE A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS (DOCS. 3, 5) |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations.

    Plaintiff filed the instant action on October 20, 2006. However, Plaintiff neither paid the $350.00 filing fee nor filed a completed application to proceed in forma pauperis. On November 2, 2006, the Court directed Plaintiff within thirty days of service either to file a completed application to proceed in forma pauperis or to pay the $350.00 filing fee. The Clerk's proof of service shows that the order and a blank in forma pauperis application were mailed to Plaintiff at the address listed in the docket on November 2, 2006. Thereafter, on December 22, 2006, when Plaintiff had failed to file timely either an

1 application or the fee, the Magistrate Judge filed findings and a
2 recommendation that the action be dismissed for Plaintiff's
3 failure to pay the filing fee or file an application to proceed
4 in forma pauperis, comply with an order of the Court, or
5 otherwise prosecute the case. The findings and recommendation
6 were served on all parties on December 22, 2006, and contained
7 notice that any objections to the findings and recommendations
8 were to be filed within thirty (30) days of the date of service
9 of the order. Over thirty days have passed, but no party has
10 filed any objections.

11 The docket reflects that the order to pay the filing fee and
12 the findings and recommendations were served by mail at the
13 address listed in the docket, but both documents were returned to
14 the Court marked as undeliverable, homeless, and/or not at this
15 address. (Docket entries 4, 6.) Local Rule 83-182(f) provides
16 that absent a notice of change of address, service of documents
17 at the prior address of a party or an attorney shall be fully
18 effective.

19 In accordance with the provisions of 28 U.S.C. § 636
20 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
21 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
22 review of the case. Having carefully reviewed the entire file,
23 the Court finds that the report and recommendation are supported
24 by the record and proper analysis.

25 Accordingly, IT IS HEREBY ORDERED that:

26 1. The findings and recommendation filed December 22, 2006,
27 are ADOPTED IN FULL; and

28 2. The action IS DISMISSED without prejudice for failure to

1 prosecute; and

2     3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety. IT IS SO ORDERED.

Emm0d6**Dated:   February 8, 2007**          **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE